IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 00-41102

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

NATIVIDAD LAURO CHAPA-SANCHEZ,

Defendant-Appellant.

---

Appeal from the United States District Court
for the Southern District of Texas
(L-00-CR-371)

---

July 12, 2001

Before HIGGINBOTHAM and BENAVIDES, Circuit Judges, and LITTLE[*], District Judge.

PER CURIAM:[**]

We are persuaded that there was sufficient evidence to support the jury's verdict and that the district judge did not abuse his discretion in giving the *Allen* charge.

AFFIRMED.

---

[*] District Judge of the Western District of Louisiana, sitting by designation.

[**] Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.